**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
MIKAEL STAHLE (SBN 182599)
mstahle@maternlawgroup.com
IRINA KIRNOSOVA (SBN 312565)
ikirnosova@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff DAVID PEREZ, individually, and on behalf of others similarly situated

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PEREZ, an individual, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DNC PARKS & RESORTS AT SEQUOIA, a California Corporation; DNC PARKS & RESORTS AT YOSEMITE, INC., a Delaware Corporation; DELAWARE NORTH COMPANIES, INC., a Delaware Corporation; DNC PARKS & RESORTS AT KING'S CANYON, INC., a California Corporation; DNC PARKS & RESORTS AT TENAYA INC., a Delaware Corporation; DELAWARE NORTH COMPANIES PARKS & RESORTS, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 1:19-cv-00484-DAD-SAB<br><br>[Assigned to the Honorable Dale A. Drozd, Courtroom 5]<br><br>**NOTICE OF LODGING OF PLAINTIFF'S PROPOSED FIRST AMENDED COMPLAINT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff David Perez hereby lodges the attached Proposed First Amended Complaint in connection with the Joint Rule 26(f) Report and in accordance with the Court's April 15, 2019 Order Setting Mandatory Scheduling Conference.

DATED: June 11, 2019

Respectfully submitted,

**MATERN LAW GROUP, PC**

By: /s/Matthew J. Matern
Matthew J. Matern
Mikael H. Stahle
Irina A. Kirnosova
Attorneys for Plaintiff
DAVID PEREZ, individually, and on behalf of other persons similarly situated