UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PEREZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DNC PARKS & RESORTS AT ASILOMAR, INC<br><br>　　　　　Defendants. | Case No. 1:19−cv−00484−DAD−SAB<br><br>ORDER RE STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 15) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference in this action is continued from June 18, 2019 to **July 29, 2019, at 11:45 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated: __**June 17, 2019**__　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE