# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PEREZ, et al., | Case No. 1:19-cv-00484-DAD-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE |
| v. | |
| DNC PARKS & RESORTS AT ASILOMAR, INC., et al., | (ECF Nos. 65, 67) |
| Defendants. | |

Plaintiffs initiated this action in the Tulare County Superior Court. Defendants removed the action to this Court on April 12, 2019. (ECF No. 1.) Thereafter, a series of dispositive motions were filed to challenge the pleadings, the last of which was resolved by the Court on February 10, 2022. (See, e.g., ECF Nos. 17, 39, 40, 54, 55.) The matter is currently proceeding on Plaintiffs' second amended complaint. (ECF No. 53.) Pursuant to the Court's February 10, 2022 order, the deadline for certain Defendants to file an answer is March 3, 2022. (See ECF No. 66 at 20.)

On February 28, 2022, the parties filed a stipulated request to continue the scheduling conference two weeks, from March 8, 2022 to March 22, 2022, on the basis that Plaintiffs' counsel left on maternity leave and Plaintiffs' new attorney, who has just returned to the office after taking leave due to a death in the family, requires additional time to review the case. (ECF

1

No. 67.)  The Court finds good cause exists to approve the stipulated request.  However, the Court shall continue the scheduling conference to March 29, 2022.

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The scheduling conference set for March 8, 2022, is CONTINUED to **March 29, 2022, at 11:00 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference

IT IS SO ORDERED.

Dated:   **March 1, 2022**

UNITED STATES MAGISTRATE JUDGE