**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
MIKAEL H. STAHLE (SBN 182599)
mstahle@maternlawgroup.com
SHOOKA DADASHZADEH (SBN 317134)
shooka@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Telephone:  (310) 531-1900
Facsimile:  (310) 531-1901

Attorneys for Plaintiffs DAVID PEREZ and MARIA SOCORRO VEGA, individually, and on behalf of others similarly situated

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PEREZ, an individual, and on behalf of others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>DNC PARKS & RESORTS AT ASILOMAR, INC., a California Corporation; DNC PARKS & RESORTS AT SEQUOIA, a California Corporation; DNC PARKS & RESORTS AT YOSEMITE, INC., a Delaware Corporation; DELAWARE NORTH COMPANIES, INC., a Delaware Corporation; DNC PARKS & RESORTS AT KING'S CANYON, INC., a California Corporation; DNC PARKS & RESORTS AT TENAYA INC., a Delaware Corporation; DELAWARE NORTH COMPANIES PARKS & RESORTS, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:19-CV-00484-DAD-SAB<br><br>[Assigned to the Honorable Dale A. Drozd, Courtroom 5]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFF DAVID PEREZ AND DEFENDANT DNC PARKS & RESORTS AT KING'S CANYON, INC.**<br><br>Complaint Filed:   February 28, 2019<br>Trial Date:             None Set |

## JOINT STIPULATION

This stipulation is entered into by and between Plaintiff David Perez ("Plaintiff Perez") and Plaintiff Maria Socorro Vega ("Plaintiff Vega")(collectively, "Plaintiffs") and Defendants Delaware North Companies, Incorporated ("Delaware North"); DNC Parks & Resorts At Kings Canyon, Inc. ("Kings Canyon"); and DNC Parks & Resorts At Tenaya Inc. ("Tenaya") (collectively, "Defendants") (collectively, the "Parties") through their respective counsel:

WHEREAS, Plaintiff Perez filed this action on February 28, 2019;

WHEREAS, Plaintiff Perez worked for Defendant Kings Canyon;

WHEREAS, Plaintiffs filed an amended complaint, adding Plaintiff Vega as a named plaintiff;

WHEREAS, after the Court partially granted Defendants' motion for judgment on the pleadings and motions to dismiss, Plaintiffs' operative Second Amended Complaint ("SAC") alleges claims against Delaware North and Tenaya for meal break and rest break violations, as well as unfair and unlawful business practices under California's Unfair Competition Law ("UCL") and penalties under the Labor Code Private Attorneys General Act of 2004 ("PAGA").  Plaintiffs' operative SAC  also alleges a claim for failure to provide meal breaks against Defendant Kings Canyon;

WHEREAS, Defendants took the deposition of Plaintiff Perez on October 3, 2019.  During his deposition, Plaintiff Perez testified as to having properly received meal breaks during his employment at Kings Canyon;

WHEREAS, in light of the foregoing, the Parties have agreed that dismissal as to Plaintiff Perez and Defendant Kings Canyon, without prejudice, is appropriate;

///

///

///

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and through the Parties' respective counsel, that Plaintiff Perez and Defendant Kings Canyon be dismissed without prejudice from the action.

**IT IS SO STIPULATED.**

DATED: March 22, 2022                MATERN LAW GROUP, PC


By: */s/Mikael H. Stahle*
MATTHEW J. MATERN
MIKAEL H. STAHLE
SHOOKA DADASHZADEH
Attorneys for Plaintiff
DAVID PEREZ, individually and on behalf of all others similarly situated


DATED: March 22, 2022                SEYFARTH SHAW LLP


By: */s/Bethany A. Pelliconi*
JON D. MEER
JONATHAN L. BROPHY
BETHANY A. PELLICONI
Attorneys for Defendants DELAWARE NORTH COMPANIES, INCORPORATED, DNC PARKS & RESORTS AT KINGS CANYON, INC. AND DNC PARKS & RESORTS AT TENAYA, INC.

# **[PROPOSED] ORDER**

Having reviewed the Parties' Joint Stipulation For Dismissal of Plaintiff David Perez and Defendant DNC Parks & Resorts At King's Canyon, Inc., and finding good cause therefor, the Stipulation is hereby **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

Plaintiff David Perez and Defendant DNC Parks & Resorts At King's Canyon, Inc. are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: _____     _____
The Honorable Dale A. Drozd
Judge of the United States District Court