# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PEREZ, et al., | Case No. 1:19-cv-00484-ADA-SAB |
| Plaintiffs, | ORDER ENTERING STIPULATION APPROVING BELAIRE-WEST OPT-OUT NOTICE |
| v. | |
| DNC PARKS & RESORTS AT ASILOMAR, INC., et al., | (ECF No. 76) |
| Defendants. | |

On October 13, 2022, in light of a discovery dispute concerning the disclosure of contact information of putative class and representative action members, the parties filed a stipulation agreeing to a Belaire-West Opt-Out Notice to be mailed to the putative class and representative action members prior to the disclosure of their identities and confidential contact information, so that they shall have the opportunity to opt-out of having this information disclosed to Plaintiffs' counsel. (ECF No. 76.) The Court finds good cause to grant the request given the agreement of the parties.

Accordingly, pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The stipulation filed October 13, 2022 (ECF No. 76) is APPROVED;

2. The form of Notice and Opt-Out Postcard attached to the stipulation as Exhibit A

1

      is approved for distribution to the putative class members consistent with <u>Belaire-West Landscape, Inc. v. Superior Court</u>, 149 Cal.App.4th 554 (2007);

3. Defendants will produce an Employee List to a neutral third party administrator within 5 court days of the entry of this Order. The Employee List will contain the full names, home addresses, and telephone numbers in Defendants' Human Resources database, if any, for all employees employed by Defendants in non-exempt job positions in the State of California at any time between February 28, 2015 and the present;

4. Within 10 days of receiving the Employee List, the neutral third party administrator CPT Group, Inc. shall mail the Belaire-West Opt-Out Notice to the individuals on the Employee List, along with a pre-paid postcard, to inform them of their right to opt-out of disclosing their identities and confidential contact information to Plaintiff's counsel, using the notice attached hereto as Exhibit A;

5. The putative class and representative action members will have 30 days from the date of mailing to postmark the opt-out postcards;

6. The names, home addresses, and telephone numbers of the class and representative action members who timely opt-out pursuant to the above-described notice will not be produced to Plaintiff's counsel. The remaining putative class and representative action members' names, home addresses, and telephone numbers shall be produced to Plaintiff's counsel within 10 days of the expiration of the Belaire-West Opt-Out period;

7. Plaintiff and her counsel will keep confidential all information produced, and shall not use the information for any other purpose other than to contact and discuss with putative class and representative action members facts pertinent to the Plaintiff's lawsuit. The names and contact information will not be used to discover or solicit potential plaintiffs for other class or individual lawsuits against Defendants; and

8. All expenses and fees of the neutral third party administrator CPT Group, Inc.

incurred in order to comply with the terms of this Order shall be borne by the Parties equally.

IT IS SO ORDERED.

Dated: __October 13, 2022__

UNITED STATES MAGISTRATE JUDGE

3