# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOCORRO VEGA,<br><br>   Plaintiff,<br><br>   v.<br><br>DNC PARKS & RESORTS AT ASILOMAR, INC., et al.,<br><br>   Defendants. | Case No. 1:19-cv-00484-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER AND VACATING HEARING ON DISCOVERY DISPUTE<br><br>(ECF Nos. 74, 78, 79, 80) |

A scheduling order for this matter issued on March 29, 2022, setting the pre-certification discovery deadline for November 30, 2022, and the motion filing deadline for February 17, 2023. (ECF No. 74.) Trial has not yet been set in this matter. On November 9, 2022, Plaintiff filed a motion for discovery disagreement, in which she seeks to compel Defendant DNC Parks & Resorts at Tenaya Inc. to produce documents and a designated witness for deposition. (ECF No. 78.) The hearing on Plaintiff's motion to compel is currently set for December 14, 2022. (ECF No. 79.)

On November 30, 2022, the parties filed a stipulated request to continue the pre-certification discovery deadline to December 14, 2022 (ECF No. 80), which the Court construes as a stipulated motion to modify the schedule. The parties proffer that Plaintiff filed her motion to compel because the designated witness was unavailable to be deposed prior to the discovery

cutoff due to Thanksgiving holiday schedules; however, upon meeting and conferring, the parties agreed the witness was available for deposition on December 7, 2022. Further, the parties proffer the motion to compel may be withdrawn if the discovery deadline is extended to permit the deposition to proceed on December 7. The parties do not seek to extend the February 17, 2023 motion filing deadline, which does not appear to be impacted by the brief extension currently sought. The Court finds good cause exists to grant the parties' stipulated motion. However, the parties are reminded that requests for extensions that are made on the eve of a deadline or thereafter will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 80) is GRANTED;
2. The pre-certification discovery cutoff is extended to December 14, 2022;
3. All other aspects of the scheduling order (ECF No. 74) continue to remain in effect;
4. Plaintiff's discovery motion (ECF No. 78) is deemed WITHDRAWN; and
5. The December 14, 2022 hearing on the motion for discovery is VACATED.

IT IS SO ORDERED.

Dated:   **December 1, 2022**

UNITED STATES MAGISTRATE JUDGE