# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOCORRO VEGA,<br><br>  Plaintiff,<br><br>  v.<br><br>DNC PARKS & RESORTS AT ASILOMAR, INC., et al.,<br><br>  Defendants. | Case No.  1:19-cv-00484-ADA-SAB<br><br>ORDER RE STIPULATION TO STRIKE DECLARATIONS<br><br>(ECF Nos. 82-7, 82-11, 82-14, 82-17, 99) |

Plaintiff initiated this putative class action on April 12, 2029.  (ECF No. 1.)  Pursuant to the amended scheduling order, the pre-certification discovery cutoff was set for December 14, 2022.  (ECF No. 81.)  Plaintiff filed a motion to certify a class on February 17, 2023.  (ECF No. 82.)  The hearing on the motion was originally set for April 26, 2023.  (See ECF Nos. 87, 94.)  On March 23, 2023, the Court continued the pre-certification discovery deadline to June 9, 2023; granted Defendant leave to depose all 16 putative class witnesses who submitted declarations in support of Plaintiff's class certification motion; and extended the briefing and hearing deadlines for the class certification motion.  (ECF No. 94.)

On May 10, 2023, the parties appeared by videoconference for an informal discovery conference.  (ECF No. 97.)  Pursuant to the matters discussed at the conference, the Court ordered the parties to meet and confer to determine the propriety of a stipulation to strike some

1

1 or all of the declarations of witnesses Kalli Southwood, Reina Oviedo, Alfredo Marquez, and
2 Sandra Diaz from Plaintiff's motion for class certification, and required the parties to file any
3 such stipulation no later than the close of business, May 16, 2023. (ECF No. 98.) On May 16,
4 2023, the parties filed a stipulation agreeing that the declarations of witnesses Kalli Southwood,
5 Reina Oviedo, Alfredo Marquez, and Sandra Diaz, which Plaintiff filed in support of her motion
6 for class certification and has agreed to withdraw, are to be stricken and not considered by the
7 Court for any purpose. (ECF No. 99.)

8  Accordingly, IT IS HEREBY ORDERED that the declarations of Reina Oviedo, Alfredo
9 Marquez, Sandra Diaz, and Kalli Southwood (ECF Nos. 82-7, 82-11, 82-14, 82-17), are
10 STRICKEN and will not be considered by the Court in connection with Plaintiff's motion for
11 class certification or for any other purpose.

IT IS SO ORDERED.

Dated: **May 16, 2023**

UNITED STATES MAGISTRATE JUDGE