# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA SOCORRO VEGA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DNC PARKS & RESORTS AT ASILOMAR, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00484-ADA-SAB<br><br>ORDER REQUIRING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S APPLICATION TO CONTINUE DEADLINE TO REPLY TO OPPOSITION TO CLASS CERTIFICATION MOTION<br><br>(ECF No. 103) |

Plaintiff filed a motion to certify class on February 17, 2023. (ECF No. 82.) Following resolution of discovery issues pertaining to deposing Plaintiff's witnesses, Defendants filed an opposition to the motion on July 10, 2023. (ECF Nos. 96, 98, 99, 100, 102.) Plaintiff's reply brief is currently due July 24, 2023.

On July 13, 2023, Plaintiff filed an *ex parte* application to continue the deadline to file Plaintiff's reply, and seeking leave to take the depositions of the 36 witnesses who submitted declaration in support of Defendants' opposition to the class certification motion, at least 12 of whom are putative class members. (ECF No. 103.) The application indicates Plaintiff's meet and confer efforts on this matter were stalled, that Plaintiff has not been able to schedule the depositions of any of Defendants' 36 declarants, and that Defendants have not agreed to permit the depositions or a continuance.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall file an opposition or statement of non-opposition to Plaintiff's *ex parte* application (ECF No. 103) no later than **July 28, 2023**;[1]

2. Failure to comply with this order will be construed as a statement of non-opposition to Plaintiff's *ex parte* application; and

3. If Defendants file an opposition to the ex parte application, consistent with this order, Plaintiff may file a reply pursuant to the Local Rules.

IT IS SO ORDERED.

Dated:   **July 14, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] As a result of these additional briefing deadlines, the Court will continue the class certification deadlines, as necessary, at the resolution of the instant *ex parte* matter.

2